IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MUSAALEH MUHAMMAD,

    Petitioner,

v.

L.C. WARD,

    Respondent.

ORDER

Case No. 16-cv-274-jdp

Petitioner Musaaleh Muhammad seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 16, 2016. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately October 21, 2015 through the date of the petition, April 21, 2016.

ORDER

IT IS ORDERED that:

    1.    Petitioner Musaaleh Muhammad may have until May 16, 2016, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before May 16, 2016, I will assume that petitioner wishes to withdraw this action voluntarily and will dismiss the action without prejudice.

Entered this 26th day of April, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge