IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MUSAALEH MUHAMMAD,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　Case No. 16-cv-274-jdp

L. WILLIAMS,

    Respondent.

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Musaaleh Muhammad's petition for a writ of habeas corpus without prejudice.

| /s/ | 8/9/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |